

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2020

No. 04-19-00208-CV

J.K. **IVEY,**
Appellant

v.

**TODD MARQUARDT LAW FIRM,**
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI24208
The Honorable Monique Diaz, Judge Presiding

# O R D E R

In an order dated May 23, 2019, we abated this appeal upon proof that appellee filed a voluntary petition for bankruptcy. TEX. R. APP. P. 8.2. The appeal and all appellate timelines were suspended, and the appeal was closed for administrative purposes pending a request for reinstatement or severance. We subsequently received notice that appellee's bankruptcy proceeding was dismissed on November 25, 2019. In an order dated January 7, 2020, we reinstated this appeal and set an appellate deadline for appellee's brief.

On January 20, 2020, we received a Notice of Settlement from appellee's counsel notifying the court that the parties reached a settlement. However, neither party filed a motion to voluntarily dismiss this appeal in accordance with Texas Rule of Appellate Procedure 42.1. *See* TEX. R. APP. P. 42.1.

In an order dated February 26, 2020, we ordered the parties to file a motion to dismiss this appeal in accordance with Texas Rule of Appellate Procedure 42.1 on or before March 17, 2020. *Id.* We stated that if a motion to dismiss pursuant to Texas Rule of Appellate Procedure was not filed, appellee's brief would be due on or before March 17, 2020. Further, we warned that if appellee's brief was not filed, this appeal would be set for submission without an appellee's brief. The parties have not filed a motion to dismiss this appeal in accordance with Texas Rule of Appellate Procedure 42.1. Additionally, neither appellee's brief nor a motion for extension of time in which to file appellee's brief have been filed.

Accordingly, this appeal is set at issue without an appellee's brief.



Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2020.

MICHAEL A. CRUZ,
Clerk of Court